UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X
DOMINICA R. ZELLER, ELANA P. CARROLL, SHARI MERRILL, TAMMY MEUNIER, SHEILA F. MURPHY, SHERI BROOKING-VAN LONE, AMY CROSS, AMY STOWE , JANE PIETKIVICH, and RUBY OWENS on behalf of themselves and all others similarly situated,

                Plaintiffs,

     -against-

PDC CORPORATION, d/b/a PDC OF NEW YORK, PARAMEDS.COM, INC., d/b/a PDC RETRIEVALS, RES SERVICING CORP. and ELI ROWE,

                Defendants.
───────────────────────────────X

Civil Action No. 13-cv-05035(ARR)(JO)

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that Plaintiffs DOMINCA R. ZELLER, et. al, will and hereby does move, by and through their undersigned counsel, to File a Third Amended Complaint, to Certify The FLSA Collective, Unopposed Motion to Approve The Class Action Settlement, Unopposed Motion to Certify The Settlement Classes, Unopposed Motion to Appoint Strauss Law PLLC As Class Counsel, And Unopposed Motion to Approve The Proposed Notice Of Settlement.

     As this motion is unopposed, Defendants will not submit any opposition and the matter should be determined forthwith.

Dated:  New York, NY
         July 21, 2015

                                    **STRAUSS LAW PLLC**

                                    **By /s/Jesse Strauss**
                                    Jesse Strauss (JS-0212)
                                    Attorney for Plaintiffs
                                    **Strauss Law PLLC**
                                    305 Broadway, 7th Floor
                                    New York, NY 10007
                                    212-822-1496
                                    **jesse@strausslawpllc.com**