FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 25 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
Dominica R. Zeller, et al.,

                              Plaintiffs,

   -against-

PDC Corporation, et al.,
                    Defendants.
------------------------------------------------------------------- X

13-CV-5035 (ARR)(JO)

NOT FOR PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January 28, 2016 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); Ocasio v. Big Apple Sanitation, Inc., No. 13-CV-4758, 2016 WL 337752, at *1 (E.D.N.Y. Jan. 27, 2016) (quoting Jarvis v. N. Am. Globex Fund. L.P., 823 F. Supp. 2d 161,163 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: February 22, 2016
Brooklyn, New York