**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

DOMINICA R. ZELLER, ELANA P. CARROLL,
SHARI MERRILL, TAMMY MEUNIER, SHEILA F.       Civil Action No. 13-cv-
MURPHY, SHERI BROOKING-VAN LONE, AMY      05035(ARR)(JO)
CROSS, AMY STOWE, JANE PIETKIVICH,
RUBY OWENS and JANICE BARTOLDUS on
behalf of themselves and all others                   **NOTICE OF MOTION**
similarly situated,

                          Plaintiffs,

          -against-

PDC CORPORATION, d/b/a PDC OF NEW YORK,
PARAMEDS.COM, INC., d/b/a PDC RETRIEVALS,
RES SERVICING CORP. and ELI ROWE,

                         Defendants.
_____X

      **PLEASE TAKE NOTICE** that Plaintiffs DOMINCA R. ZELLER, et. al, will and
hereby does move, by and through their undersigned counsel for Certification of the Settlement
Classes, Final Approval of the Class Action Settlement, Final Approval of the Settlement of the
FLSA Collective Claims, Approval of Attorneys' Fees and Reimbursement of Expenses, and for
Approval of Service Awards to Named Plaintiffs.

      Plaintiffs respectfully request that the Court enter an Order:

      a.      Approving the establishment of a Settlement Fund of $275,000;

      b.      Approving the settlement of Plaintiffs' FLSA collective claims;

      c.      Certifying classes under New York State Labor Law ("NYLL"), California
              Labor Law ("CLL"), the Ohio Minimum Fair Wage Standards Act,
              ("OMFWSA"), the Maine Minimum Wages Statute ("MMWS"), the Illinois
              Minimum Wage Law, ("IMWL"), the Connecticut Minimum Wage Act
              ("CMWA"), Wisconsin Minimum Wage Law ("WIMWL") consisting of
              consisting of as all individuals employed as Medical Record Retrievers for
              Defendants from June 1, 2009 to June 1, 2015 for those located in New York
              State, September 9, 2007 to September 9, 2013 for those located in Maine,
              September 9, 2009 to September 9, 2013 for those located in California,
              September 9, 2010 to September 9, 2013 for those located in Illinois and Ohio,
              and September 9, 2011 to September 9, 2013 for those located in Connecticut
              and Wisconsin, and who did not opt-out of the class;

d.      Granting Class Counsel, Strauss Law PLLC, $91,657.50 or $128,385.43 to be paid from the Settlement Fund.

e.      Granting Class Counsel, Strauss Law PLLC, reimbursement of $1,936.52 in costs to be paid from the Settlement Fund.

f.      Awarding Service Awards to Named Plaintiffs in the Following Amounts: 2,000 to Sheri Brooking-Van Lone, $2,000 to Amy Cross, $15,000 to Dominica Zeller, $10,000 to Amy Stowe, $6,000 to Jane Pietkivitch, $5,000 to Shelia Murphy, $10,000 to Tammy Meunier, $10,000 to Shari Merrill, $6,000 to Elena Carroll.  Service Award shall be paid from the Settlement Fund.

As this motion is unopposed, Defendants will not submit any opposition.  A final fairness hearing is scheduled for July 13, 2016 and this unopposed motion is submitted two weeks in advance as per the Court's order.

Dated:  New York, NY
        June 29, 2016

STRAUSS LAW PLLC

**By /s/Jesse Strauss**
Jesse Strauss (JS-0212)
Attorney for Plaintiffs
**Strauss Law PLLC**
305 Broadway, 7th Floor
New York, NY 10007
212-822-1496
**jesse@strausslawpllc.com**