Dahl Administration

P O Box 3613

Minneapolis, MN. 5403

RECEIVED MAY 16 2016

I object to the settlement in the PDC Corporation and Parameds.com wage and hour litigation as well as the reasons listed below for the objection.

Objection reasons:

I worked for this company twice and was well underpaid. I do not think my entire wages were calculated correctly. Please review my dates for my time worked with Parameds. A settlement of $183.48 is certainly not even reasonable for the amount of work and non-hourly wage amounts I should receive. Please review my settlement amount again for a much bigger amount.

Name: Tammy Lewis – Records Retriver Agent-

Address: P O Box 836 Winnsboro Louisiana 71295

Phone: 318-439-3124

Thank you,

*Tammy Lewis*

Tammy Lewis