# INVOICE

INVOICE NUMBER: 200
INVOICE DATE: JUNE 29, 2016

FROM: Strauss Law PLLC
305 Broadway
9th Floor
New York, NY 10007

TO: PDC FLSA Class Action

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-30-13 | Class Action/FLSA Action | Review of case law regarding administrative exemption. Email to co-counsel regarding same. | 1:35 | $275.00 | $435.42 |
| JUL-30-13 | Class Action/FLSA Action | analysis of case law re: admin exemption. Email client regarding same. | 1:45 | $275.00 | $481.25 |
| AUG-12-13 | Class Action/FLSA Action | Review of case law re: fee based issues and pleading around admin exemption. Email to co-counsel regarding same. Address state law issues | 1:00 | $275.00 | $275.00 |
| AUG-21-13 | Class Action/FLSA Action | Emails re: case filing scheduling. | 0:20 | $275.00 | $91.67 |
| AUG-22-13 | Class Action/FLSA Action | Review client intake forms, draft complaint, calls with M. Pianko regarding same. | 2:00 | $275.00 | $550.00 |
| AUG-23-13 | Class Action/FLSA Action | Draft complaint, review of pleading standards, review of intake forms, emails with co-counsel regarding same. | 5:45 | $275.00 | $1,581.25 |
| AUG-27-13 | Class Action/FLSA Action | Emails with co-counsel review of draft complaint regarding same. | 1:20 | $275.00 | $366.67 |
| AUG-29-13 | Class Action/FLSA Action | Emails with C. Merrit re: draft complaint | 0:15 | $275.00 | $68.75 |
| SEP-03-13 | Class Action/FLSA Action | Review of documents from clients for complaint drafting. E-mails with C. Meritt regarding review of documents. | 2:45 | $275.00 | $756.25 |
| SEP-04-13 | Class Action/FLSA Action | Edits to draft of complaint, e-mails with co-counsel regarding same. | 2:20 | $275.00 | $641.67 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-06-13 | Class Action/FLSA Action | Revisions to complaint, review of new information provided by clients, edits to all class action allegations, e-mails with co-counsel regarding same. | 3:10 | $275.00 | $870.83 |
| SEP-09-13 | Class Action/FLSA Action | Review of complaint, review of information from clients, file complaint. | 1:40 | $275.00 | $458.33 |
| SEP-16-13 | Class Action/FLSA Action | Address service issues, file affidavits of service, email with M. Pianko regarding same. | 0:30 | $275.00 | $137.50 |
| SEP-27-13 | Class Action/FLSA Action | Review of case law regarding fee based payments | 1:00 | $275.00 | $275.00 |
| OCT-01-13 | Class Action/FLSA Action | Call with opposing counsel re: extension of time to respond. | 0:15 | $275.00 | $68.75 |
| OCT-10-13 | Class Action/FLSA Action | Review of requirements for pre-certification. Legal analysis regarding timing and components of motion. | 1:15 | $275.00 | $343.75 |
| OCT-21-13 | Class Action/FLSA Action | Revisions to consent to join form, email with co-counsel regarding same. | 0:25 | $275.00 | $114.58 |
| OCT-31-13 | Class Action/FLSA Action | Email with co-counsel re: motion to certify collective | 0:20 | $275.00 | $91.67 |
| NOV-11-13 | Class Action/FLSA Action | Review of draft motion for class certification, e-mail with C. Merrit regarding same. | 0:35 | $275.00 | $160.42 |
| NOV-19-13 | Class Action/FLSA Action | Review of case law re: tolling of limitation period. Prepare to respond to letter re: motion to dismiss | 1:30 | $275.00 | $412.50 |
| NOV-20-13 | Class Action/FLSA Action | Draft of letter in response to letter requesting pre-motion conference, e-mail regarding same, review of case law regarding tolling of limiation period for FLSA | 2:00 | $275.00 | $550.00 |
| NOV-22-13 | Class Action/FLSA Action | letter re: defendants proposed motion to dismiss response | 0:30 | $275.00 | $137.50 |
| NOV-22-13 | Class Action/FLSA Action | Draft and revisions to letter responding to defendants letter request on a motion to dismiss, call with opp counsel regarding same. | 2:15 | $275.00 | $618.75 |
| NOV-23-13 | Class Action/FLSA Action | Revisions and filing of letter with court. | 0:20 | $275.00 | $91.67 |
| DEC-16-13 | Class Action/FLSA Action | Revisions to Amended complaint, email to co-counsel re: same | 1:00 | $275.00 | $275.00 |
| DEC-22-13 | Class Action/FLSA Action | Review of proposed notice, legal analysis regarding same, e-mail to opposing counsel, | 1:20 | $275.00 | $366.67 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-27-13 | Class Action/FLSA Action | Joint letter to court re: Notice. Draft of letter re: whether notice should be sent. Emails and calls with opposing counsel regarding same. | 4:15 | $275.00 | $1,168.75 |
| DEC-28-13 | Class Action/FLSA Action | Responsive letter to defendants' letter re: nationwide notice | 1:00 | $275.00 | $275.00 |
| JAN-03-14 | Class Action/FLSA Action | Review of answer, e-mail with co-counsel regarding same, review of discovery obligations | 1:25 | $275.00 | $389.58 |
| JAN-06-14 | Class Action/FLSA Action | Call with opposing counsel. | 0:10 | $275.00 | $45.83 |
| JAN-10-14 | Class Action/FLSA Action | revisions to joint discovery plan, call with opp counsel. | 1:15 | $275.00 | $343.75 |
| JAN-24-14 | Class Action/FLSA Action | Sign retainers with clients, file opt in forms | 0:10 | $275.00 | $45.83 |
| FEB-11-14 | Class Action/FLSA Action | Review retainers and file consent to join | 0:20 | $275.00 | $91.67 |
| FEB-14-14 | Class Action/FLSA Action | Review client correspondence and prepare Rule 26 disclosures | 2:30 | $275.00 | $687.50 |
| FEB-16-14 | Class Action/FLSA Action | Emails with co-counsel and opposing counsel regarding initial disclosure | 0:20 | $275.00 | $91.67 |
| MAR-05-14 | Class Action/FLSA Action | Emails and revisions to letter re: joint discovery and class notice. | 0:30 | $275.00 | $137.50 |
| MAR-07-14 | Class Action/FLSA Action | Drafts and revisions to document demands and interrogatories. Service of same. | 2:30 | $275.00 | $687.50 |
| MAR-19-14 | Class Action/FLSA Action | Review of order, emails with M. Pianko, review of correspondence with court. | 0:45 | $275.00 | $206.25 |
| MAR-21-14 | Class Action/FLSA Action | Review of interrogatory and document demands, draft questionnaire for plaintiffs and opt ins regarding responses. | 5:10 | $275.00 | $1,420.83 |
| MAR-24-14 | Class Action/FLSA Action | Revisions to questions for clients regarding interrogatory and document requests. Calls with clients and co-counsel regarding same | 2:45 | $275.00 | $756.25 |
| MAR-24-14 | Class Action/FLSA Action | Review of PDF guide book provided by clients. Draft of client affidavits regarding collective certification | 3:30 | $275.00 | $962.50 |
| MAR-26-14 | Class Action/FLSA Action | Draft affidavits in support of collective certification for clients and draft Strauss aff in support of certification. Review documents collected from clients for same. | 5:25 | $275.00 | $1,489.58 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-26-14 | Class Action/FLSA Action | Revisions to affidavits from clients re: collective certification. | 2:40 | $275.00 | $733.33 |
| APR-07-14 | Class Action/FLSA Action | Emails with co-counsel re: document collection and rog responses, review of rog responses from clients. Emails and calls with opposing counsel regarding same. | 0:40 | $275.00 | $183.33 |
| APR-10-14 | Class Action/FLSA Action | Review of documents provided by clients, review interrogatory responses. Emails with M. Pianko regarding same. | 4:15 | $275.00 | $1,168.75 |
| APR-11-14 | Class Action/FLSA Action | Review of case law for evidence showing for collective certification. Review of evidence provided by clients. Emails and calls with co-counsel regarding same. | 1:50 | $275.00 | $504.17 |
| APR-14-14 | Class Action/FLSA Action | Review of case law regarding employee status under FLSA. Draft evidence submission regarding collective action. | 3:00 | $275.00 | $825.00 |
| APR-15-14 | Class Action/FLSA Action | Review documents provided by clients in response to document review memo. Work on affidaivt with evidence of common issues. | 2:00 | $275.00 | $550.00 |
| APR-16-14 | Class Action/FLSA Action | Review of cases regarding using economic reality test at the collective certification stage. Write affidavit regarding same | 5:25 | $275.00 | $1,489.58 |
| APR-17-14 | Class Action/FLSA Action | Complete affidavit in support of conditional collective certification, review of evidence supporting same, revisions to affidavit. | 5:40 | $275.00 | $1,558.33 |
| APR-18-14 | Class Action/FLSA Action | Edit, review and finalized affidavits related to conditional certification. File same. Emails with co-counsel | 3:00 | $275.00 | $825.00 |
| APR-28-14 | Class Action/FLSA Action | Review responses submitted by plaintiffs. Coordinate preparation of written responses. Email m piamko regarding same | 2:50 | $275.00 | $779.17 |
| MAY-01-14 | Class Action/FLSA Action | Review of documents from clients, email to M. Pianko regarding same, preparation for responses. | 1:20 | $275.00 | $366.67 |
| MAY-02-14 | Class Action/FLSA Action | Tracking discovery responses, emails with M. Pianko regarding same, review of interragatory responses. | 0:30 | $275.00 | $137.50 |
| MAY-05-14 | Class Action/FLSA Action | Review of documents for responses, email with co-counsel regarding same | 1:50 | $275.00 | $504.17 |
| MAY-06-14 | Class Action/FLSA Action | Draft responses to document demands and interrogatories. | 1:40 | $275.00 | $458.33 |
| MAY-07-14 | Class Action/FLSA Action | Draft responses to interrogatories and document demands. Emails with M. Pianko regarding same. | 3:45 | $275.00 | $1,031.25 |
| MAY-08-14 | Class Action/FLSA Action | Draft responses to interrogatories and document demands. Review of documents and client correspondence related to same. | 4:25 | $275.00 | $1,214.58 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-16-14 | Class Action/FLSA Action | Draft and review responses to rogs for Zeller and responses to document demands for Stowe | 1:00 | $275.00 | $275.00 |
| MAY-19-14 | Class Action/FLSA Action | Emails with M. Painko regarding outstanding discovery, draft verification, review opposition to conditional certification. | 1:00 | $275.00 | $275.00 |
| MAY-20-14 | Class Action/FLSA Action | emails with M. Painko regarding verifications and email to opp counsel. | 0:10 | $275.00 | $45.83 |
| MAY-21-14 | Class Action/FLSA Action | review opposition to collective certification, draft response, legal research regarding same. | 5:00 | $275.00 | $1,375.00 |
| MAY-22-14 | Class Action/FLSA Action | Revisions to reply to opposition on collective certification, reiew of case law. Letter to Judge Ross re: amendment of complaint. | 5:00 | $275.00 | $1,375.00 |
| MAY-27-14 | Class Action/FLSA Action | Revisions to reply to opposition for class certification. Emails with co-counsel regarding same. | 4:45 | $275.00 | $1,306.25 |
| MAY-28-14 | Class Action/FLSA Action | Revisions to motion for collective certification. | 2:15 | $275.00 | $618.75 |
| MAY-30-14 | Class Action/FLSA Action | Revisions to reply to opposition to conditional certification. Filing of same. | 2:00 | $275.00 | $550.00 |
| JUN-02-14 | Class Action/FLSA Action | Supervise document production meeting with a Blake regarding same call with vendor | 1:00 | $275.00 | $275.00 |
| JUN-03-14 | Class Action/FLSA Action | Supervise document review and production. | 0:30 | $275.00 | $137.50 |
| JUN-11-14 | Class Action/FLSA Action | Review of documents in anticipation of court call. Send verification. Email with M. Pianko. | 1:00 | $275.00 | $275.00 |
| JUN-12-14 | Class Action/FLSA Action | Call with court, preparation for same, revision to collective notice, draft of second amended complaint, emails and phone call with M. Pianko regarding collective notice, email with opp counsel regarding second amended complaint and collective notice, review of law regarding appelability of conditional certification and notice decisions | 3:45 | $275.00 | $1,031.25 |
| JUN-13-14 | Class Action/FLSA Action | Emails regarding scheduling of conferences. | 0:10 | $275.00 | $45.83 |
| JUN-16-14 | Class Action/FLSA Action | Call with Defendants, revisions to notice, letter to court, emails with M. Pianko regarding same. | 1:25 | $275.00 | $389.58 |
| JUN-17-14 | Class Action/FLSA Action | Call with defendants counsel regarding letter, file letter and proposed notice, revisions to proposed notice, emails with M. Pianko regarding distribution of notice. | 1:25 | $275.00 | $389.58 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-18-14 | Class Action/FLSA Action | Finish revisions to class notice, meeting with A. Blake regarding document discovery, call with Defendants regarding document discovery. | 2:15 | $275.00 | $618.75 |
| JUN-20-14 | Class Action/FLSA Action | Emails and texts with M. Pianko regarding email addresses of members of the collective. Email defendant counsel regarding same. | 0:30 | $275.00 | $137.50 |
| JUN-23-14 | Class Action/FLSA Action | Assist A. Blake with document production. Meeting with A. Blake regarding same. | 0:20 | $275.00 | $91.67 |
| JUN-24-14 | Class Action/FLSA Action | Emails with co-counsel, vendor and opposing counsel regarding document production. Emails regarding email addresses. | 0:20 | $275.00 | $91.67 |
| JUN-26-14 | Class Action/FLSA Action | Email with opp counsel, letter to op counsel regarding discovery, emails with A. Blake regarding motion to amend, | 0:20 | $275.00 | $91.67 |
| JUN-27-14 | Class Action/FLSA Action | emails with E. Ditius regarding document production, review of proposed confidentiality agreement, edits to same, emails with A. Blake regarding motion to amend. | 1:30 | $275.00 | $412.50 |
| JUN-30-14 | Class Action/FLSA Action | Review of first production of responsive documents, review of objections, review of notes re: discovery, review of court rules re: discovery disputes, call with opp counsel, call with A. Blake. | 2:45 | $275.00 | $756.25 |
| JUL-01-14 | Class Action/FLSA Action | Review of draft of motion to amend, emails with M. Painko and A. Blake regarding discovery. | 2:00 | $275.00 | $550.00 |
| JUL-02-14 | Class Action/FLSA Action | Draft motion to amend, review case law and procedure regarding same. | 2:00 | $275.00 | $550.00 |
| JUL-03-14 | Class Action/FLSA Action | Research, draft and file motion to amend. Draft of discovery letter. | 6:50 | $275.00 | $1,879.17 |
| JUL-10-14 | Class Action/FLSA Action | Review of law regarding discover ability of outside income and government benefit information. Review of responses of clients, | 2:00 | $275.00 | $550.00 |
| JUL-11-14 | Class Action/FLSA Action | Letter regarding discovery issues, draft and revision to same. | 2:10 | $275.00 | $595.83 |
| JUL-14-14 | Class Action/FLSA Action | Address discovery issues and opt in filing issues. Emails and texts with M. Pianko regarding same. | 1:10 | $275.00 | $320.83 |
| JUL-15-14 | Class Action/FLSA Action | Revisions and sent discovery letter to opp counsel, emails with M. Pianko. | 1:00 | $275.00 | $275.00 |
| JUL-16-14 | Class Action/FLSA Action | Emails with M. Pianko regarding conditional notification, email to opposing counsel regarding same, review of documents provided by opt in. | 0:30 | $275.00 | $137.50 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-30-14 | Class Action/FLSA Action | Emails with opposing counsel regarding amendment. Emails with co-counsel regarding discovery matters | 0:15 | $275.00 | $68.75 |
| AUG-04-14 | Class Action/FLSA Action | Discussion with A. Blake regarding status of case. | 0:10 | $275.00 | $45.83 |
| AUG-07-14 | Class Action/FLSA Action | Review of letter brief. Emails to co-counsel regarding same. | 0:15 | $275.00 | $68.75 |
| AUG-13-14 | Class Action/FLSA Action | Emails with m piamko regarding collective notice and potential settlement. | 0:25 | $275.00 | $114.58 |
| AUG-18-14 | Class Action/FLSA Action | Review of letter from defendants, letter to M. Painko regarding same. | 0:35 | $275.00 | $160.42 |
| AUG-27-14 | Class Action/FLSA Action | Memo of law in reply to opposition to motion to amend, review of documents produced by defendants, review of positions for conference call, review of facebook posts. | 3:30 | $275.00 | $962.50 |
| AUG-28-14 | Class Action/FLSA Action | Secondary review of documents and research regarding discovery issues | 3:30 | $275.00 | $962.50 |
| AUG-29-14 | Class Action/FLSA Action | File motion papers for appeal, call with opp counsel, call with co counsel regarding document review and settlement demand | 1:45 | $275.00 | $481.25 |
| SEP-05-14 | Class Action/FLSA Action | Review of settlement issues, email to M. Pianko regarding same. | 0:30 | $275.00 | $137.50 |
| SEP-09-14 | Class Action/FLSA Action | email to opposing counsel re: discovery, emails to co-counsel regarding settlement, review of settlement case law. | 2:50 | $275.00 | $779.17 |
| SEP-11-14 | Class Action/FLSA Action | Review of facebook chat group for Attorney client priviledge issues. Email with M. Pianko regarding same. | 2:00 | $275.00 | $550.00 |
| SEP-12-14 | Class Action/FLSA Action | Review of facebook chat. Emails with M. Pianko regarding same. Review of law concerning attorney client privilege. | 3:15 | $275.00 | $893.75 |
| SEP-17-14 | Class Action/FLSA Action | Review of potential settlement methods, review of data from opt in clients, letter to opp counsel regarding facebook chat. | 3:00 | $275.00 | $825.00 |
| SEP-18-14 | Class Action/FLSA Action | Letter regarding Facebook chat, calls with lawyer regarding tax returns, emails with M. Painko regarding same. | 1:00 | $275.00 | $275.00 |
| SEP-19-14 | Class Action/FLSA Action | Review of spreadsheet regarding settlement demands and settlement issues. | 2:30 | $275.00 | $687.50 |
| SEP-22-14 | Class Action/FLSA Action | Review of document demands and second set of rogs, email to co counsel regarding settlement issues | 0:20 | $275.00 | $91.67 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-26-14 | Class Action/FLSA Action | Computation of Settlement Demand | 3:50 | $275.00 | $1,054.17 |
| SEP-29-14 | Class Action/FLSA Action | Call with co counsel a and draft demand letter | 0:30 | $275.00 | $137.50 |
| SEP-30-14 | Class Action/FLSA Action | Emails regarding document review with reviewers. | 0:30 | $275.00 | $137.50 |
| OCT-02-14 | Class Action/FLSA Action | Calls with E Dittis and M. Painko, regarding settlement | 0:40 | $275.00 | $183.33 |
| OCT-03-14 | Class Action/FLSA Action | Calls and email with opp counsel, letter to court, revisions to same. | 0:40 | $275.00 | $183.33 |
| OCT-06-14 | Class Action/FLSA Action | memo for interrogatory responses to opt ins. Emails with M. Pianko regarding same. | 1:40 | $275.00 | $458.33 |
| OCT-23-14 | Class Action/FLSA Action | Emails regarding interrogatory responses | 0:15 | $275.00 | $68.75 |
| OCT-27-14 | Class Action/FLSA Action | Emails regarding discovery matters | 0:10 | $275.00 | $45.83 |
| OCT-28-14 | Class Action/FLSA Action | Emails with co counsel regarding discovery responses | 0:15 | $275.00 | $68.75 |
| OCT-29-14 | Class Action/FLSA Action | Emails with co counsel regarding discovery. | 0:30 | $275.00 | $137.50 |
| NOV-04-14 | Class Action/FLSA Action | emails from co-counsel re: discovery. | 0:10 | $275.00 | $45.83 |
| NOV-05-14 | Class Action/FLSA Action | Call with E Dittus, emails with co-counsel. | 0:35 | $275.00 | $160.42 |
| NOV-06-14 | Class Action/FLSA Action | Made new settlement demand, calls to co counsel regarding same | 2:00 | $275.00 | $550.00 |
| NOV-07-14 | Class Action/FLSA Action | Revisions to demand letter. Email with co counsel and op counsel regarding same. | 1:10 | $275.00 | $320.83 |
| NOV-10-14 | Class Action/FLSA Action | Emails with co-counsel and opposing counsel regarding settlement | 0:15 | $275.00 | $68.75 |
| NOV-13-14 | Class Action/FLSA Action | Emails with co counsel regarding settlement demand and interrogatories. | 0:30 | $275.00 | $137.50 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-14-14 | Class Action/FLSA Action | Draft and serve interrogatory responses with assistance from document review and compilation attornies | 2:30 | $275.00 | $687.50 |
| NOV-26-14 | Class Action/FLSA Action | Email with co-counsel regarding settlement | 0:15 | $275.00 | $68.75 |
| DEC-01-14 | Class Action/FLSA Action | Emails with m pianko re settlement and interrogatory responses | 0:15 | $275.00 | $68.75 |
| DEC-03-14 | Class Action/FLSA Action | Call with E. Dittis. Review of documents. Letter regarding document outstanidng discovery issues | 2:00 | $275.00 | $550.00 |
| DEC-04-14 | Class Action/FLSA Action | Email regarding discovery issues, review of discovery to date for same, review of law concerning sampling. Preparation of deposition notices, secondary document review of pertinent documents from first production, service of documents. | 5:30 | $275.00 | $1,512.50 |
| DEC-06-14 | Class Action/FLSA Action | Emails with co counsel regarding discovery | 0:30 | $275.00 | $137.50 |
| DEC-12-14 | Class Action/FLSA Action | Letter to defendants re: discovery issues and review of case law concerning privilege, sampling, and deposition location | 1:45 | $275.00 | $481.25 |
| DEC-16-14 | Class Action/FLSA Action | Meet and confer, preparation for same. | 1:20 | $275.00 | $366.67 |
| DEC-17-14 | Class Action/FLSA Action | Privilege log, amended 30b1 subpoena, work on letter to court, call with opposing counsel, email with co counsel and client | 2:00 | $275.00 | $550.00 |
| DEC-19-14 | Class Action/FLSA Action | Draft letter regarding discovery issues, research and analysis of sample sizes and law regarding deposition location, review letter from opp counsel, edit to respond to same. | 5:50 | $275.00 | $1,604.17 |
| DEC-24-14 | Class Action/FLSA Action | Draft letter in response to Defendants letter of December 19 | 3:15 | $275.00 | $893.75 |
| DEC-29-14 | Class Action/FLSA Action | Revisions and file response letter for protective order. | 1:45 | $275.00 | $481.25 |
| JAN-06-15 | Class Action/FLSA Action | Email with co counsel regarding depositions and document review | 0:20 | $275.00 | $91.67 |
| JAN-13-15 | Class Action/FLSA Action | Emails with co counsel, preparation for court appearance. | 1:00 | $275.00 | $275.00 |
| JAN-14-15 | Class Action/FLSA Action | Attend court hearing, prepare for same, calls with co counsel, emails with co counsel, emails with opp counsel | 2:30 | $275.00 | $687.50 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-21-15 | Class Action/FLSA Action | Redaction to facebook chat group, emails with co counsel regarding discovery issues. | 3:10 | $275.00 | $870.83 |
| JAN-22-15 | Class Action/FLSA Action | Document review, redactions to Facebook chat. Email with co counsel regarding opt in clients. Review of privilege issues | 3:20 | $275.00 | $916.67 |
| JAN-23-15 | Class Action/FLSA Action | Develope document review protocol, draft memo to document reviewers, call with document reviewers, review of privilage issues regarding Facebook post, redact post, file opt in form, call with court re: docket. | 6:10 | $275.00 | $1,695.83 |
| JAN-25-15 | Class Action/FLSA Action | Redactions to Facebook chat, draft email regarding same, review duo unbent production | 2:50 | $275.00 | $779.17 |
| JAN-26-15 | Class Action/FLSA Action | Finalize redactions, email to co counsel regarding same, made productions of additional opt in plaintiffs interrogatories, letter to defense counsel | 5:30 | $275.00 | $1,512.50 |
| JAN-27-15 | Class Action/FLSA Action | Emails with document reviewers, emails with opposing counsel, interrgatory responses for S. Gibson and others, | 2:00 | $275.00 | $550.00 |
| JAN-28-15 | Class Action/FLSA Action | EMails from opposing counsel and co-counsel regarding discovery issues | 0:20 | $275.00 | $91.67 |
| JAN-30-15 | Class Action/FLSA Action | Meeting with opp counsel re: meet and confer. Review of facebook redaction, research re: subsequent remedial measures, review of retainer agreements, call with co-counsel. | 4:25 | $275.00 | $1,214.58 |
| FEB-02-15 | Class Action/FLSA Action | Review of interrogatory responses for other employment, emails to co counsel regarding same, review of retainer agreements for purposes of ascertaining dates, draft meet and confer response letter to Defendants | 4:00 | $275.00 | $1,100.00 |
| FEB-04-15 | Class Action/FLSA Action | Legal research and analysis concerning Mount Clemens burden shifting to determine scope of allowable discovery and the impact of the burden shift on sampling. | 2:30 | $275.00 | $687.50 |
| FEB-05-15 | Class Action/FLSA Action | Addressed document review issues. Letter to opp counsel re: open discovery issues | 4:30 | $275.00 | $1,237.50 |
| FEB-10-15 | Class Action/FLSA Action | Secondary review of pertinate documents, review of case status database, design settlement proposal, letter to defendants regarding settlement plan, calls and emails with co counsel regarding same, emails with vendor regarding document review software | 5:45 | $275.00 | $1,581.25 |
| FEB-11-15 | Class Action/FLSA Action | Calls with opp counsel, emails with clients, calls with cocounsel re: settlement | 1:00 | $275.00 | $275.00 |
| FEB-13-15 | Class Action/FLSA Action | Calls with co counsel regarding document review, emails with document reviewers, review of discovery obligations. | 1:35 | $275.00 | $435.42 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| FEB-16-15 | Class Action/FLSA Action | Second level review of documents flagged by document reviewers, emails with reviewers regarding same, research and analysis regarding homeworkers exception and reasonableness of compensation, letter to opp counsel regarding discovery matters. | 5:20 | $275.00 | $1,466.67 |
| FEB-17-15 | Class Action/FLSA Action | Letter regarding discovery, review of documents, emails with cocounsel, emails with court re docket | 2:00 | $275.00 | $550.00 |
| FEB-18-15 | Class Action/FLSA Action | Meeting regarding settlement, preparation for same, communications with clients regarding same. | 4:30 | $275.00 | $1,237.50 |
| FEB-19-15 | Class Action/FLSA Action | Review of issues for settlement | 1:45 | $275.00 | $481.25 |
| FEB-20-15 | Class Action/FLSA Action | Call with clients regarding settlement, preparation for same, follow up | 2:00 | $275.00 | $550.00 |
| MAR-05-15 | Class Action/FLSA Action | Determine settlement terms for counter offer | 1:00 | $275.00 | $275.00 |
| MAR-23-15 | Class Action/FLSA Action | Calls with clients re settlement | 1:00 | $275.00 | $275.00 |
| APR-03-15 | Class Action/FLSA Action | Review of proposed settlement outline, response to same, call with E Dittis regarding same. | 0:40 | $275.00 | $183.33 |
| APR-13-15 | Class Action/FLSA Action | Call with ny plaintiff email with pianko preparation of retainer agreement | 0:30 | $275.00 | $137.50 |
| APR-30-15 | Class Action/FLSA Action | Emails regarding settlement issues | 0:15 | $275.00 | $68.75 |
| MAY-04-15 | Class Action/FLSA Action | Calls with opp counsel regarding settlement papers | 0:15 | $275.00 | $68.75 |
| MAY-06-15 | Class Action/FLSA Action | Draft memorandum of law in support of motion for preliminary approval of settlement, etc. review of case activity. Formulate proposed notice of settlement. | 4:15 | $275.00 | $1,168.75 |
| MAY-07-15 | Class Action/FLSA Action | Draft memorandum of law in support of motion for preliminary approval of settlement, etc. review of case activity. Formulate proposed notice of settlement. | 4:30 | $275.00 | $1,237.50 |
| MAY-08-15 | Class Action/FLSA Action | Draft memorandum of law in support of motion for preliminary approval of settlement, etc. review of case activity. Formulate proposed notice of settlement. | 5:10 | $275.00 | $1,420.83 |
| MAY-11-15 | Class Action/FLSA Action | Draft of memorandum of law in support of motion for preliminary approval, revisions to same. | 5:50 | $275.00 | $1,604.17 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-12-15 | Class Action/FLSA Action | Revisions to memorandum of law in support of motion for prelim are approval, draft of affidavit if Jesse Strauss in support of motion for prelim army approval, draft of settlement agreement, draft of notice. | 7:20 | $275.00 | $2,016.67 |
| MAY-13-15 | Class Action/FLSA Action | Revisions to documents in support of class certification call with co counsel regarding same, email to opp counsel | 3:00 | $275.00 | $825.00 |
| JUN-03-15 | Class Action/FLSA Action | Review of revisions to settlement documents submitted by Defendants. | 0:15 | $275.00 | $68.75 |
| JUN-09-15 | Class Action/FLSA Action | Review of settlement documents, comments to defendants | 3:15 | $275.00 | $893.75 |
| JUN-10-15 | Class Action/FLSA Action | Revisions to settlement documents. | 1:45 | $275.00 | $481.25 |
| JUN-11-15 | Class Action/FLSA Action | Call with opp counsel regarding settlement and revisions to settlement documents | 0:45 | $275.00 | $206.25 |
| JUN-18-15 | Class Action/FLSA Action | Calls with opp counsel regarding settlement | 0:10 | $275.00 | $45.83 |
| JUN-30-15 | Class Action/FLSA Action | Review of revisions to settlement agreement | 0:45 | $275.00 | $206.25 |
| JUL-02-15 | Class Action/FLSA Action | Final review of settlement documents and emails to clients regarding same and request for signatures. Responsive emails from clients. | 2:00 | $275.00 | $550.00 |
| JUL-06-15 | Class Action/FLSA Action | Emails with clients regarding settlement documentation. | 0:30 | $275.00 | $137.50 |
| JUL-12-15 | Class Action/FLSA Action | Assembles settlement document ion, emails with client regarding same . | 1:15 | $275.00 | $343.75 |
| JUL-21-15 | Class Action/FLSA Action | Finalize and file motion for settlement, emails with court, review of collective and class members for exhibits. Review of opt in forms. | 4:45 | $275.00 | $1,306.25 |
| JUL-22-15 | Class Action/FLSA Action | Refile exhibits and letter to court and counsel regarding same | 0:30 | $275.00 | $137.50 |
| JUL-23-15 | Class Action/FLSA Action | Email to opp counsel regarding members of FLSA collective. | 0:20 | $275.00 | $91.67 |
| FEB-25-16 | Class Action/FLSA Action | Call with court and setting up same. | 0:20 | $275.00 | $91.67 |
| FEB-29-16 | Class Action/FLSA Action | Emails with opp counsel re: assignment to magistrate judge | 0:15 | $275.00 | $68.75 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-29-16 | Class Action/FLSA Action | Call with court regarding preliminary settlement approval, file letter, file third amended complaint. | 1:45 | $275.00 | $481.25 |
| MAR-30-16 | Class Action/FLSA Action | Draft and revisions to preliminary settlement approval order. Review of settlement agreement. Emails with co-counsel regarding same. | 1:50 | $275.00 | $504.17 |
| MAR-31-16 | Class Action/FLSA Action | Revisions to proposed preliminary approval order, email with opp counsel regarding same, letter regarding same, file same. | 0:40 | $275.00 | $183.33 |
| APR-04-16 | Class Action/FLSA Action | Call with opp counsel regarding notice | 0:15 | $275.00 | $68.75 |
| APR-12-16 | Class Action/FLSA Action | Review if time line for settlement administrator | 0:30 | $275.00 | $137.50 |
| APR-19-16 | Class Action/FLSA Action | Review of class notice at request of opp counsel | 0:20 | $275.00 | $91.67 |
| APR-21-16 | Class Action/FLSA Action | Emails with opp counsel, compile address changes for class members. | 0:20 | $275.00 | $91.67 |
| APR-26-16 | Class Action/FLSA Action | Emails from class members regarding settlement | 0:15 | $275.00 | $68.75 |
| APR-27-16 | Class Action/FLSA Action | Calls with opp counsel and email with client regarding settlement agreement and service of notice. | 0:15 | $275.00 | $68.75 |
| JUN-08-16 | Class Action/FLSA Action | Emails with opp counsel, draft of motion for final approval, email with M. Pianko regarding same. | 2:00 | $275.00 | $550.00 |
| JUN-09-16 | Class Action/FLSA Action | Draft of motion for final approval of the settlement | 2:30 | $275.00 | $687.50 |
| JUN-10-16 | Class Action/FLSA Action | Drafted memorandum of law in support of final certification. | 2:30 | $275.00 | $687.50 |
| JUN-20-16 | Class Action/FLSA Action | Call with opp counsel regarding objection | 0:15 | $275.00 | $68.75 |
| JUN-22-16 | Class Action/FLSA Action | Calls from class member regarding settlement, email with opp counsel regarding same, draft of motion to finalize settlement. | 3:45 | $275.00 | $1,031.25 |
| JUN-23-16 | Class Action/FLSA Action | Drafted and edited memorandum of law for final approval of settlement. | 2:30 | $275.00 | $687.50 |
| JUN-24-16 | Class Action/FLSA Action | Drafted and edited memorandum of law for final approval of settlement. Calls with M. Pianko regarding same. | 3:35 | $275.00 | $985.42 |

INVOICE NUMBER: 200

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-27-16 | Class Action/FLSA Action | Revisions to motion for final certification | 1:45 | $275.00 | $481.25 |
| JUN-28-16 | Class Action/FLSA Action | Call with opp counsel & edits to motion for final approval | 1:00 | $275.00 | $275.00 |
| | | | 379.35 | | |
| | | Total amount of this invoice | | | $104,385.43 |