Penina Radinsky, J.D.
1056 Neilson Street, #2D
Far Rockaway, NY 11691

Billing List
Invoice –PDC CASE DOCUMENT REVIEW

| Date | Client Name | Project | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/26/2015 | | | Review documents | 8.0 | $50 | |
| 1/27/2015 | | | Review documents | 7.0 | | |
| 1/28/2015 | | | Review documents | 8.0 | | |
| 1/29/2015 | | | Review documents | 7.5 | | |
| 1/30/2015 | | | Review documents | 5.5 | | |
| 1/31/2015 | | | Review documents | 4.0 | | |
| 2/1/2015 | | | Review documents | 3.5 | | |
| 2/2/2015 | | | Review documents | 8.0 | | |
| 2/3/2015 | | | Review documents | 6.0 | | |
| 2/4/2015 | | | Review documents | 6.0 | | |
| 2/5/2015 | | | Review documents | 7.5 | | |
| 2/6/2015 | | | Review documents | 3.5 | | |
| 2/7/2015 | | | Review documents | 4.0 | | |
| 2/8/2015 | | | Review documents | 6.0 | | |
| 2/9/2014 | | | Review documents | 8.0 | | |

| Date | Task | Hours |
|---|---|---|
| 2/10/2015 | Review documents | 9.0 |
| 2/11/2015 | Review documents | 8.5 |
| 2/12/2015 | Review documents | 10.0 |

**Total Time: 120**

I started at PDC0046000 and now I am at PDC0057300... I have reviewed 11,300 at this time.

| Date | Task | Hours |
|---|---|---|
| 2/16/2015 | Review documents PDC0057300 through PDC0058700 | 11.5 |
| 2/17/2015 | Reviewing documents PDC0058700 through PDC0059900 | 10.5 |
| 2/18/2015 | Review documents PDC0059900 through PDC0060350 | 8.0 |

**Total hours:** 30 hours

**Cumulative Hours: 150**   X $50 = $7,500

Zachary Weinstock, Esq.
310 Longwood Crossing
Lawrence, NY 11559

Rate: $110 Per Hour

| DATE | CLIENT | DESCRIPTION | HOURS |
|---|---|---|---|
| 9/9/2014 | PDC Employee Class | Class contact information gathering | 2:00 |
| 9/10/2014 | PDC Employee Class, Stephanie Kolb, Samantha Glass, Ernestine Phillips, Dianne Kennedy, Shari Merrill, Diana Weber, Stephanie Holder, Georgia Kearns, Sindy Britt, Beru Marushka Rose, Pearl Lewis, Michele Nowak. | E-mail communications with clients to gather employment data. Phone call with client Georgia Kearns. Phone call with client Michele Nowak. E-mail communications with clients Beru Marushka Rose and Georgia Kearns to help clients opt in. Collect and organize employment data. | 7:00<br><br><br><br><br><br><br><br><br>9:00 |
| 9/11/2014 | PDC Employee Class | Collect and organize employment data. | 1:30<br>10:30 |
| 9/12/2014 | PDC Employee Class | Collect and organize employment data. | 2:00<br>12:30 |
| 9/14/2014 | PDC Employee Class | Collect and organize employment data. | 1:00<br>13:30 |
| 9/15/2014 | PDC Employee Class, April Smith, Carla Leos | Organize employment data. E-mail communication with client April Smith to gather employment data. E-mail communication with client Carla Leos to collect employment data. | 1:30<br><br><br><br><br><br>15:00 |
| 9/16/2014 | PDC Employee Class, Tami Warner, Karoline Willis | Organize employment data. E-mail communication with clients Tami Warner and Karoline Willis to collect employment data. | 3:00<br><br><br><br><br>18:00 |
|  | PDC Employee Class, | Calculate wages |  |

| | | | |
|---|---|---|---|
| 9/17/2014 | Lydia Clark, Contessa Haynie | owed. E-mail communications with clients Lydia Clark and Contessa Haynie to collect employment data. | 5:00<br><br>23:00 |
| 9/18/2014 | PDC Employee Class, Sheila Murphy, Jill Kunkel | Calculate wages owed. E-mail communications with clients Sheila Murphy and Jill Kunkel to collect employment data. | 3:00<br><br>26:00 |
| 9/22/2014 | PDC Employee Class, Michele Geary | Calculate wages owed. E-mail communication with client Michele Geary to help client opt in. | 2:00<br><br>28:00 |
| 9/23/2014 | PDC Employee Class, Alisa Bolden | Calculate wages owed. E-mail communications with client Alisa Bolden to collect employment data. | 2:00<br><br>30:00 |
| 9/30/2014 | PDC Employee Class, Michele Geary, Melissa Nowak | Document review. E-mail correspondence with client Michele Geary to help with opt-in form. E-mail correspondence with client Melissa Nowak to help with questionnaire. | 2:30<br><br>32:30 |
| 10/1/2014 | PDC Employee Class, Alisa Bolden | Calculate wages owed. Document review. E-mail correspondence with client Alisa Bolden to determine her hours at PDC. Form chart of unresponsive opt-in addresses. Draft letter to unresponsive opt-ins. | 6:00<br><br>38:30 |
| 10/6/2014 | PDC Opt-in plaintiffs | Gather addresses to put on mailing labels. | 1:30<br>40:00 |

| Date | Client | Description | Time |
|---|---|---|---|
| 10/7/2014 | PDC Opt-in plaintiffs | Create mailing labels for opt-in plaintiffs. | 3:30<br>43:30 |
| 10/8/2014 | PDC Employee Class | Collect and organize defense interrogatory. | 2:00<br>45:30 |
| 10/14/2014 | PDC Employee Class, Frances Garcia-Matias | Collect, organize and record interrogatory responses and calculate wages owed. E-mail correspondence with client Frances Garcia-Matias to help with interrogatory. | 1:00<br><br><br><br><br><br><br>46:30 |
| 10/21/2014 | PDC Employee Class, Carolyn Mason, Frances Garcia-Matias | Collect, organize and record interrogatory responses and calculate wages owed. E-mail correspondence with clients Carolyn Mason, Danita Haynes and Frances Garcia-Matias to help with interrogatory. | 4:30<br><br><br><br><br><br><br><br>51:00 |
| 10/22/2014 | PDC Employee Class, Lita Benton | Collect, organize and record interrogatory responses and calculate wages owed. E-mail correspondence with client Lita Benton to help with interrogatory. | 1:00<br><br><br><br><br><br><br>52:00 |
| 10/23/2014 | PDC Employee Class, Lakisha Williams, Sindy Britt | Collect, organize and record interrogatory responses and calculate wages owed. Telephone and E-mail correspondence with clients Sindy Britt and Lakisha Williams to help with interrogatory. | 1:00<br><br><br><br><br><br><br><br>53:00 |
| 10/28/2014 | PDC Employee Class | Collect, organize and record interrogatory | 7:30 |

| | | | |
|---|---|---|---|
| | | responses and calculate wages owed. | 60:30 |
| 10/29/2014 | PDC Employee Class, Alanna Lane, Angelia Goodin, Antoinette Lavern, Constance Pratt, Lorie Cunningham, Lynda Williams, Samantha Glass, Stephanie Gibson, Anna Marrero-Lopez | Collect and organize interrogatory responses. Draft and e-mail letter to unresponsive clients. E-mail correspondence with client Anna Marrero-Lopez to help with interrogatory. | 4:00<br><br><br><br><br><br>64:30 |
| 10/30/2014 | Tammy Lewis, Lynda Williams, Constance Pratt, Angelia Goodin | Phone and E-mail correspondence with clients Tammy Lewis, Lynda Williams, Constance Pratt and Angelia Goodin to help with interrogatory. | 1:30<br><br><br><br><br><br>66:00 |
| 11/5/2014 | PDC Employee Class, Davette Malufka, Pearl Lewis, Danita Haynes, Julie Mack | Collect, organize and record interrogatory responses and calculate wages owed. E-mail correspondence with clients Davette Malufka, Pearl Lewis, Danita Haynes and Julie Mack to help with interrogatory. | 6:00<br><br><br><br><br><br><br><br><br><br>72:00 |
| 11/6/2014 | PDC Employee Class, Julie Mack, Veronica Cabrales Craig, Beru Marishla Rose, Terry Thomas, Angelia Goodin | Collect, organize and record interrogatory responses and calculate wages owed. E-mail correspondence with clients Julie Mack, Veronica Cabrales Craig, Beru Marishla Rose, Terry Thomas and Angelia Goodin to help with interrogatory. | 6:00<br><br><br><br><br><br><br><br><br><br><br><br>78:00 |
| 11/9/2014 | PDC Employee Class | Collect, organize and record interrogatory | 1:00 |

| Date | Personnel | Task | Time |
|---|---|---|---|
| | | responses and calculate wages owed. | 79:00 |
| 11/10/2014 | PDC Employee Class | Draft and E-mail letters to 60 unresponsive plaintiffs. | 5:00<br>84:00 |
| 11/11/2014 | PDC Employee Class, Lisa Racz, Yolanda Ferguson | Collect, organize and record interrogatory responses and calculate wages owed. E-Mail clients Lisa Racz and Yolanda Ferguson to help with interrogatory. | 6:30<br><br><br><br><br><br>90:30 |
| 11/12/2014 | PDC Employee Class, Lorie Cunningham, Megan Angus | Collect, organize and record interrogatory responses and calculate wages owed. E-Mail clients Lorie Cunningham and Megan Angus to help with interrogatory. | 11:00<br><br><br><br><br><br><br>101:30 |
| 11/13/2014 | PDC Employee Class | Collect, organize and record interrogatory responses. | 2:30<br>104:00 |
| 11/14/2014 | PDC Employee Class | Collect, organize and record interrogatory responses. | 5:00<br>109:00 |
| 11/17/2014 | PDC Employee Class | Collect, organize and record interrogatory responses. | 3:30<br>112:30 |
| 11/24/2014 | PDC Employee Class | Collect, organize and record interrogatory responses. | 2:00<br><br>113:30 |
| 11/26/2014 | PDC Employee Class | Collect, organize and record interrogatory responses. | 1:00<br>115:30 |
| 12/4/2014 | PDC Employee Class | Collect, organize and record interrogatory responses. | 1:00<br>116:30 |
| 12/16/2014 | PDC Employee Class | Collect, organize and record interrogatory responses. | 2:00<br>118:30 |
| 1/26/2015 | Sheila Murphy, Jane Pietkivitch, | Document Review. | 1:00 |

| | Dominica Miller, Amy Stowe. | | 119:30 |
|---|---|---|---|
| 1/27/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe. | Document Review. | 2:00<br><br>121:30 |
| 1/28/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe. | Document Review. | 3:00<br><br>124:30 |
| 1/29/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe. | Document Review. | 4:00<br><br>128:30 |
| 1/30/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe. | Document Review. | 5:00<br><br>133:30 |
| 1/31/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe. | Document Review. | 2:00<br><br>135:30 |
| 2/1/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe. | Document Review. | 4:30<br><br>140:00 |
| 2/2/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe. | Document Review. | 5:00<br><br>145:00 |
| 2/3/2015 | PDC Employee Class | Document Review. Calculate hours and wages. Chart hours at non-PDC jobs. | 7:00<br><br>152:00 |
| 2/4/2015 | | Document Review. Calculate hours and wages. Chart hours at non-PDC jobs. | 7:00<br><br>159:00 |

| Date | Names | Description | Hours |
|---|---|---|---|
| 2/5/2015 | | Document Review. Calculate hours and wages. Chart hours at non-PDC jobs.. | 4:00<br>163:00 |
| 2/6/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe | Document Review. | 5:00<br>168:00 |
| 2/7/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe | Document Review. | 2:30<br>170:30 |
| 2/8/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe | Document Review. | 6:00<br>176:30 |
| 2/9/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe | Document Review. | 5:00<br>181:30 |
| 2/18/2015 | Sheila Murphy, Jane Pietkivitch, Dominica Miller, Amy Stowe | Document Review. | 3:30<br>185:00 |

**Total Hours: 150**   X $110 = $16,500