

# INVOICE

*US Legal Support - New York*

| Date | Invoice # |
|---|---|
| 6/30/2014 | N3406082 |

US Legal Support, Inc.
Tel: (212)460-8169 Fax (212) 702-9153
Tax ID: 76-0523238

| Bill To | |
|---|---|
| Jesse Strauss<br>Strauss Law P.L.L.C<br>305 Broadway 9th Floor<br>New York, NY 10007 | |

**Job #: N046463**

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| Zeller et al v. PDC et al | Net 30 | LKlein | Jesse Strauss |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| EDD:Image Branding | 876 | $0.020 | $17.52 |
| EDD:OCR | 351 | $0.030 | $10.53 |
| EDD:Searchable PDF Created | 876 | $0.030 | $26.28 |
| EDD:Scanning - Level 5 | 119 | $0.170 | $20.23T |
| EDD:Delivery & Freight | 2 | $10.000 | $20.00T |
| EDD:Media DVD | 3 | $50.000 | $150.00T |
| Consulting:Technical Time | 1 | $225.000 | $225.00 |
| EDD:Full TIFF File Processing (GB) | 0.25 | $550.000 | $137.50 |

Please Remit Payment To:
US Legal Support, Inc.
PO Box 952172
Dallas, TX 75395-2172
Online Bill Pay now available at www.uslegalsupport.com/online-bill-pay/

| | |
|---|---|
| **Subtotal:** | $607.06 |
| **Sales Tax(0.08875):** | $16.88 |
| **Total:** | $623.94 |

*Customer Signature:*                    *Date:*

Tax ID Number:
76-0523238

Any invoice not paid within the date indicated on the invoice shall be subject to a late fee and interest of 1.5% per month (or, if less, the maximum rate permitted under applicable law). We will make commercially reasonable efforts to allocate all payments appropriately. Any rights related to allocation of payment, requests for refunds and/or adjustments made after 90 days from payment receipt date shall be waived by the paying party.