

# evolvediscovery

Accounts Receivable | 130 West 29th Street | 7th Floor | New York, NY 10001
Phone: (212) 947-3142  Fax: (212) 947-3144
TaxID: 45-3858640

# Invoice

| Date | Invoice # |
|---|---|
| 3/10/2015 | 2000003092 |

| Customer Contact |
|---|
| Maurice Pianko |

| Bill To | Ship To |
|---|---|
| Pianko Law Group PLLC<br>Maurice Pianko, Esq.<br>30 Broad Street, 14th Fl<br>New York, NY 10004 | Strauss Law PLLC<br>Jesse Strauss, Managing Partner<br>305 Broadway, 9th Fl<br>New York, NY 10007 |

| Client Matter Number | Project | Terms | Due Date | Rep |
|---|---|---|---|---|
|  | Zeller v PDC | Net 30 | 4/9/2015 | DW |

| Qty | Description | Rate | Serviced | Amount |
|---|---|---|---|---|
| 2.61 | Posting Relativity PDC001 WAIVED | 0.00 | 2/10/2015 | 0.00 |
| 97,496 | OCR PDC001 | 0.01 | 2/10/2015 | 974.96 |
| 0.92 | Project Management | 175.00 | 2/28/2015 | 161.00 |

**Please remit Payment to:**
**Evolve Discovery**
130 West 29th Street, 7th Floor
New York, NY 10001

| | |
|---|---|
| Subtotal | $1,135.96 |
| Sales Tax (8.875%) | $0.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,135.96** |

Payment for goods and services is due in full within 30 days from the invoice date. Buyer must pay Late Charge on each invoice not paid when due at the rate of 1.5% of the invoice total for each month the invoice is outstanding. Buyer must pay all collection costs including reasonable attorney's fees. Please make all checks payable to Evolve Discovery.
Thank You for your business.