Metro Attorney Service Inc.  
305 Broadway, 9th Floor  
New York, NY 10007  
212-822-1421  
Tax I.D. Number 27-0238774

Invoice #: 6627

Date: 09/16/2013  
Requestor :Jesse Strauss

Strauss Law P.L.L.C.  
305 Broadway, 7th Floor

New York, NY 10007

## INVOICE FOR SERVICE

| | |
|---|---:|
| Service #10344: ELI ROWE<br>DOMINICA R. ZELLER v. PDC CORPORATION d/b/a PDC OF NEW YORK | Your File#<br>Court Case #: 13CV5035 |
| Service Fee Boroughs | $104.50 |
| Postage | $2.12 |
| Service #10345: PDC CORPORATION d/b/a PDC OF NEW YORK<br>DOMINICA R. ZELLER v. PDC CORPORATION d/b/a PDC OF NEW YORK | Your File#<br>Court Case #: 13CV5035 |
| Additional Service at Same Address | $35.00 |
| Service #10346: PARAMEDS.COM, INC. d/b/a PDC Retrievals<br>DOMINICA R. ZELLER v. PDC CORPORATION d/b/a PDC OF NEW YORK | Your File#<br>Court Case #: 13CV5035 |
| Additional Service at Same Address | $35.00 |
| **TOTAL CHARGES:** | **$176.62** |
| **BALANCE:** | **$176.62** |

1